

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2014

No. 04-13-00702-CR

Jose Luis **RODRIGUEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR0547
Honorable Ron Rangel, Judge Presiding

# O R D E R

After this court granted the court reporter a sixty-day extension of time to file the record, the reporter's record was due January 14, 2014. On January 27, 2014, the court reporter filed a notice of late record. In the notice, the court reporter advises she has filed the record, but she cannot file the exhibit index because the District Clerk's office cannot locate the file that contains State's Exhibit 1. The reporter states she will file the record once the District Clerk locates the missing exhibit. Accordingly, we **order** the Bexar County District Clerk to locate the missing exhibit, State's Exhibit 1, on or before **February 12, 2014**. If the clerk is unable to locate the exhibit within that time frame, she is to notify this court in writing. We **order** the court reporter, Amy Hinds Alvarado, to file the remaining portion of the reporter's record in this court on or before **February 27, 2014**.

We **order** the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the district clerk.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court